C. A. No. 76-139. State *v.* Dennis Isom. Motion of State to stay time for filing its brief granted. *Julius C. Michaelson,* Attorney General. *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

C. A. No. 76-259. State *v.* Anthony J. Manfredi. Motion of defendant for special assignment is granted and this case is assigned to the calendar for February 7, 1977 for oral argument. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

Appeal No. 74-138. BIF a Unit of General Signal Corporation *et al. v.* Joseph F. Desroches. Motion for an attorney's fee and costs, pursuant to G.L. 1956 (1968 Reenactment) §28-35-32, is granted. The office of Abedon, Stanzler, Biener, Skolnik & Lipsey is awarded the sum of $100.00. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for plaintiff, BIF a Unit of General Signal Corporation. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for defendant.

Appeal No. 76-114. Raymond Lavey, *Administrator of Estate of Catherine Lavey v.* Edward Lavey, *Alias,* Julia Lavey, *Alias.* Motion of defendants for extension of time to file their brief is denied as being moot, said brief having already been filed. *William J. Peotrowski, Jr.,* for plaintiff. *DeCosta and Abilheira, Robert L. DeCosta,* for defendants.

Appeal No. 76-245. Elizabeth A. Smith *v.* Harold R. Smith. Motion of petitioner for extension of time to file her brief on December 17, 1976 is granted. This is the last extension which will be granted in this case. *Alfred Factor,* for petitioner. *Harold R. Smith,* respondent, pro se.